**Order filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00143-CR**

_____

**BABATUNDE MOSOPE ADENIYI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCR-089609**

## ORDER

Appellant is represented by appointed counsel, Michael C. Diaz. No reporter's record has been filed. Marisol Ramos, the official court reporter for the 183rd District Court, informed this court that although appellant is appealing as indigent, he has not requested that the reporter's record be prepared. On March 30, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days

of notice, requested that the reporter's record be prepared. *See* Tex. R. App. P. 37.3(c)(1). Appellant filed no reply.

Accordingly, we order appellant's appointed counsel, Michael C. Diaz, to file a brief in this appeal on or before May 26, 2022. If Michael C. Diaz fails to comply with this order, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.